# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ERIC WATKINS,

:
Petitioner,
:
:
vs. : CIVIL ACTION NO.: CV209-198
:
ANTHONY HAYNES, Warden,
:
Respondent. :

## ORDER

Petitioner Eric Watkins ("Watkins") has filed Objections to the Magistrate Judge's Report recommending dismissal of his 28 U.S.C. § 2241 petition. Watkins's purpose in filing this petition was to secure early release from BOP custody through the reversal of good time credit reduction sanctions. As Watkins has been released, this Court could not provide him any relief with a favorable decision, and his petition is moot. Watkins asks the Court to declare that his due process rights were violated. This Court lacks subject-matter jurisdiction to entertain his request for declaratory relief as "the Declaratory Judgment Act does not, of itself, confer jurisdiction upon federal courts." Stuart Weitzman, LLC v. Microcomputer Resources, Inc., 542 F.3d 859, 861-62 (11th Cir. 2008).

AO 72A
(Rev. 8/82)

The Objections are **OVERRULED**, and the petition is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 21 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA